## STATE OF CONNECTICUT *v.* JOHN SPRINGMANN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 400 (AC 20316), is denied.

*Cameron Dorman*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided June 18, 2002

## STATE OF CONNECTICUT *v.* KATHY GREENE

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 463 (AC 20348), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Auden Grogins*, special public defender, in support of the petition.

Decided June 18, 2002